

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00750-CV

**UNIVERSITY OF TEXAS AT SAN ANTONIO**,
Appellant

v.

Estate of Jake R. **TREVINO**, Deceased,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI10989
Honorable Aaron Haas, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, the appellant's amended motion to dismiss this appeal is GRANTED, and the appeal is DISMISSED. *See* Tex. R. App. P. 42.1(a)(1). Each party will pay its own costs. *See id.* 42.1(d).

SIGNED August 2, 2023.

Liza A. Rodriguez, Justice